UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> ex rel. MELISSA HIGGINS <br> <br> Plaintiff, <br> <br> v. <br> <br> HEALTHSOUTH CORP., <br> <br> Defendants. | Case No.: 8:14-cv-2769-T-33AEP |

**ORDER**

Upon consideration of the United States' Unopposed Motion pursuant to 31 U.S.C. § 3730(c)(3), for good cause shown, the Court rules as follows:

1. The United States Unopposed Motion to Intervene for Purposes of Settlement is Granted;

2. The parties shall file a Joint Stipulation of Dismissal by July 8, 2019; and

3. That Joint Stipulation of Dismissal may request that the Court retain jurisdiction over this matter to resolve any claims from the relator pursuant to 31 U.S.C. § 3730(h), as well as any claims for attorneys' fees and costs pursuant to 31 U.S.C. § 3730(d).

This  27th  day of  June       , 2019.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE